IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O. FRANKLIN, SR., | CIV F 05 0526 OWW LJO P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| CALIFORNIA CORRECTIONAL INSTITUTION, et al., | STATEMENT **OR** PAY FILING FEE |
| | (Doc. 2 and 4) |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the section of the application entitled "Certificate" was filled out correctly. Further, the trust account statement was not certified and did not cover the six month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

In accordance with the above, IT IS HEREBY ORDERED that within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, including a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00

filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     May 16, 2005**                              **/s/ Lawrence J. O'Neill**
i0d3h8                                                        UNITED STATES MAGISTRATE JUDGE